UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF MICHIGAN,    )<br>     Plaintiff,    )<br>           )<br>-v-          )<br>           )<br>TERRY LEE PHILLIPS,    )<br>     Defendant.  )<br>           ) | No. 1:20-cv-849<br><br>Honorable Paul L. Maloney |

## JUDGMENT

Because this Court lacks subject-matter jurisdiction, the Court has remanded the matter back to the State Court. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: September 8, 2020            /s/ Paul L. Maloney
                               Paul L. Maloney
                               United States District Judge